■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY DEL VALLE, Appellant.—Judgment, Supreme Court, Bronx County (Phylis Bamberger, J.), rendered on July 7, 1988, convicting defendant, upon a plea of guilty of bail jumping in the second degree and sentencing defendant to a

consecutive indeterminate term of imprisonment of 1½ to 3 years to be served following the completion of a previously imposed indeterminate term of imprisonment of 7½ to 15 years, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.)* Concur—Milonas, J. P., Kupferman, Asch, Kassal and Smith, JJ.